IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PATRICK T. TUCKER,

      Appellant,

 v.

          Case No.  5D22-2349
          LT Case No. 2021-CF-000441

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

3.800 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Patrick T. Tucker, Cross City, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.